No. D–2410.  IN RE DISBARMENT OF ASHIRU.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2411.  IN RE DISBARMENT OF BOYD.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2412.  IN RE DISBARMENT OF MOORMAN.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2413.  IN RE DISBARMENT OF EPSTEIN.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2414.  IN RE DISBARMENT OF TANNER.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2415.  IN RE DISBARMENT OF GROSS.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2416.  IN RE DISBARMENT OF BUDA.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1141.]

No. D–2417.  IN RE DISBARMENT OF SPENCER.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1142.]

No. D–2419.  IN RE DISBARMENT OF WHITAKER.  Disbarment entered.  [For earlier order herein, see 543 U. S. 1142.]

No. 04M74.  AMADASUN v. COLUMBIA PICTURES INDUSTRIES, INC., ET AL.  Motion to direct the·Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 04–721.  LAMARQUE, WARDEN v. CHAVIS.  C. A. 9th Cir. [Certiorari granted, 544 U. S. 1017.]  Motion of respondent for appointment of counsel granted.  Peter K. Stris, Esq., of Los Angeles, Cal., is appointed to serve as counsel for respondent in this case.

No. 04–10294.  IN RE BILDERBACK; and
No. 04–10374.  IN RE FONSECA.  Petitions for writs of habeas corpus denied.

No. 04–9730.  IN RE SIMMONS-GOFF; and
No. 04–9744.  IN RE CLAY.  Petitions for writs of mandamus denied.